ACCEPTED
04-14-00618-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/4/2015 5:06:37 PM
KEITH HOTTLE
CLERK

Edward F. Shaughnessy, III
Attorney at Law
206 E. Locust
San Antonio, Texas 78212
(210) 212-6700
Shaughnessy727@gmail.com

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

3/4/2015 5:06:37 PM

KEITH E. HOTTLE
Clerk

Keith Hottle, Clerk
Cout of Appeals
Fourth Court of Appeals District
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205

March 4, 2015

Re: Court of Appeals Number 04-14-00618-CR
    Trial Court Number: 14-0698-CR-C
    Thomas Little v. The State of Texas

Dear Sir,

On February 18, 2015 this court entered an order in the instant matter in which it requested that the State/Appellee file a written response to the Appellant's Motion to Abate the for purposes of the entry of Findings of Fact and Conclusions of Law regarding a statement of the accused that was utilized during the course of the trial. I have recently been made aware of that order. Please be advised that the State of Texas has no objection to this Court granting the Appellant's request for an abatement of the cause for the limited purposes of the entry of Findings of Fact and Conclusions of Law regarding statements of the appellant utilized at trial.

Unless the Court enters an order to the contrary, the undersigned will operate under the assumption that the time requirement for the filing of the State's brief will be suspended pending the filing of the trial court's findings, and the forwarding of those findings to this Court. If that is not how this Court intends to proceed, please contact me as early as possible.

Sincerely,


/s/ Edward F. Shaughnessy

Edward F. Shaughnessy
Attorney at Law

Cc Gregory Sherwood